STATE EX REL. UNITED ELECTRICAL, RADIO AND MACHINE
WORKERS OF AMERICA AND OTHERS v. JOHN A. WEEKS
AND OTHERS.[1]

February 10, 1950.

No. 35,182.

*Rutchick, Smith & Enkel*, for relators.

*Francis X. Helgesen*, for respondent Minnesota State Industrial Union
Council.

*Morgan, Chase, Headley & Hoshour*, for respondent Western Electric
Company, Inc.

PER CURIAM.

This matter came before the court on February 7, 1950, for hearing on an
alternative writ of prohibition relative to the enforcement of an order of
the district court of Hennepin county in the above-entitled matter, dated
January 12, 1950. Examination of the record discloses that that order by
its terms remains "in effect only until 10:00 A. M. February 6, 1950, * * *
at which time said order shall be of no further effect and shall become null
and void."

Consequently, the question presented by the alternative writ has become
moot. The writ is discharged with costs to respondents.

[1]Reported in 41 N. W. (2d) 177.